## WILLIAM J. MILARDO *v.* COMMISSIONER OF CORRECTION
### (14409)

Foti, Lavery and Spear, Js.

Argued April 30—officially released June 18, 1996

*Denise Ansell,* special public defender, for the appellant (petitioner).

*Marjorie Allen Dauster,* assistant state's attorney, with whom, on the brief, were *John T. Redway,* state's attorney, *Bernadette Conway,* assistant state's attorney, and *Kimberly Graham,* former assistant state's attorney, for the appellee (respondent).

PER CURIAM. After a review of the record and briefs, and after hearing from the parties at oral argument, we conclude that the petitioner has failed to make a substantial showing that he has been denied a state or federal constitutional right and, further, has failed to sustain his burden of persuasion that the denial of certification to appeal was a clear abuse of discretion or that an injustice has been done. See *Simms* v. *Warden,* 230 Conn. 608, 612, 646 A.2d 126 (1994); *Simms* v. *Warden,* 229 Conn. 178, 179, 640 A.2d 601 (1994); *Walker* v. *Commissioner of Correction,* 38 Conn. App. 99, 99–

100, 659 A.2d 195 (1995); see also *Lozada* v. *Deeds*, 498 U.S. 430, 431–32, 111 S. Ct. 860, 112 L. Ed. 2d 956 (1991).

The judgment is affirmed.